J-S68017-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| JASON ROY WAUGAMAN, | : | |
| | : | |
| Appellant | : | No. 1859 WDA 2015 |

Appeal from the Judgment of Sentence September 30, 2015,
in the Court of Common Pleas of Allegheny County,
Criminal Division at No(s): CP-02-CR-0000831-2015

BEFORE:  SHOGAN, SOLANO, and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.: **FILED: OCTOBER 31, 2016**

I join the Majority Memorandum.  Unless the First Amendment was repealed when I was not looking, giving someone the finger should not constitute a crime.

*Retired Senior Judge assigned to the Superior Court.